5:07-0475

**FILED**
AUG - 2 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

JAMES M. LYLE
REG # 07911-068
FCI - BECKLEY
P.O. Box 350
BEAVER, WV 25813

Dear Clerk of Courts:    7-31-07

I am writing today because I have an issue. I am currently in Special Housing (SHU) due to IN-VOLUNTARY Protective Custody. The staff pulled me up on 7-11-07 and locked me up, and they won't answer any of my requests that I send to them.

I turned in a BP8 form (Req. for Admin. Remedy) over 15 days ago and they haven't responded nor have I seen my counselor. I asked for another one and they refuse to give me one.

I sent by institutional mail to Accounts the form for them to fill out and return and they have not responded. I wanted to file a 1983 Bivens on the involved people due to my wrongful detention due to sexual harassment. Can I file a lawsuit at this time?! I am unable to get any member of my unit team or administration to assist me or listen.

I'd appreciate your help.

Sincerely,
James Lyle

Name: JAMES M. COLE
Reg #: 07911-068
Federal Correctional Institution–Beckley
P.O. Box 350
Beaver, WV 25813



CHARLESTON WV 253

01 AUG 2007 PM 2 T

USA 41

Clerk Of Courts
United States District Court
Southern District of West Virginia
P.O. Box 5009
Beckley, WV 25801

25401+7500

Legal Mail

Legal Mail

Legal Mail

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
PO BOX 1280
BEAVER, WV 25813
DATE 8/1/07

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.